# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Immigration Lawyers Association,<br>1331 G Street, NW Suite 300<br>Washington, D.C. 20005-3142<br><br>Parrilli Renison, LLP<br>610 SW Broadway Suite 505<br>Portland, Oregon 97205<br><br>               Plaintiffs,<br><br>  v.<br><br>Kenneth Cuccinelli, in his Official Capacity, Acting Director, U.S. Citizenship and Immigration Services,<br>c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485<br><br>U.S. Citizenship and Immigration Services;<br>c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485<br><br>               Defendants. | Case No. |

## PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

    Plaintiffs, American Immigration Lawyers Association, and Parrilli Renison, LLP, ask this Court to immediately enter a temporary restraining order and

preliminary injunction against Defendants pursuant to Rule 65 of the Federal Rules of Civil Procedure.  In support thereof, Plaintiffs respectfully state as follows:

1. Defendants' have arbitrarily, capriciously, and unlawfully issued "public charge" regulations, "*Inadmissibility on Public Charge Grounds*," 84 Fed. Reg. 41,292 (Aug. 14, 2019) (to be codified at 8 C.F.R. Parts103, 212-14, 245, 248), without either of the following: issuing the requisite forms to comply with the rule; or providing adequate notice and meaningful opportunity to prepare to meet the requirements of the final forms, if any, to allow for the filing of immigration benefits provided under the Immigration and Nationality Act ("INA").

2. Defendants have specifically announced that USCIS will no longer accept the current editions of forms necessary to apply for immigration benefits, including Forms I-485, I-129, I-539, I-864 and I-864EZ, if postmarked on or after October 15, 2019.

3. Defendants have neither issued final versions of the revised forms, nor announced it will extend a period in which it will accept the current versions.

4. Defendants' actions, if not immediately enjoined, will violate the right to apply for immigration benefits under the INA and accompanying regulations.

5. Immediate injunctive relief is essential because Plaintiffs have a substantial likelihood of success on the merits of their complaint; Plaintiffs will suffer irreparable harm in the absence of injunctive relief; there is no adequate remedy available at law; the balance of hardships favor Plaintiffs, and the requested

injunctive relief will not harm the public interest. Everyday begets further confusion and harm to Plaintiffs' core mission of serving those seeking immigration benefits provided under the INA.

6. The facts and legal arguments supporting this motion are set forth in detail Plaintiffs' Memorandum of Points and Authorities filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request this Court to enter an immediate order granting Plaintiffs request for immediate injunctive relief and directing Defendants to immediately delay its self-imposed October 15, 2019 deadline to no longer accept the available forms necessary to apply for immigration benefits for the duration of this proceeding.

Respectfully submitted,

/s/Jesse M. Bless
Jesse M. Bless (MA BBO # 660713)
American Immigration Lawyers Association
1301 G. Street, Ste. 300
Washington, D.C. 20033
(781) 704-3897
jbless@aila.org

/s/Brent Renison
Brent Renison
Parrilli Renison, LLC
610 SW Broadway Suite 505
Portland, Oregon 97205
brent@entrylaw.com

## **CERTIFICATION PURSUANT TO FED. R. CIV. P 65(b)(1)(B) & LOCAL COURT RULE 7(m)**

Undersigned counsel for plaintiffs hereby certifies, pursuant to Fed. R. Civ. P. 65(b)(1)(B) and LCvR 7(m) that I provided notice to Defendants by discussing the substance of this motion with counsel at the Department of Justice in advance of filing. The government opposed our motion and effort to settle the litigation. Due to the short time between filing of this motion and the impending deadline imposed by Defendants for rejection of current forms, additional notice and an opportunity to be heard in opposition should not be required because of the immediate and irreparable injury to Plaintiffs that would result if the government agencies involved were provided with opportunity to respond before a temporary restraining order is issued. Pursuant to Fed. R. Civ. P. 65(b)(2) the temporary restraining order may not exceed 14 days, during which time the defendants may accept the injunction, oppose a preliminary injunction, or move to dissolve the order. There will be no harm to USCIS by granting the temporary restraining order.

/s/Jesse M. Bless
Jesse M. Bless (MA BBO # 660713)
American Immigration Lawyers Association
1301 G. Street, Ste. 300
Washington, D.C. 20033
(781) 704-3897
jbless@aila.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Immigration Lawyers Association, 1331 G Street, NW Suite 300 Washington, D.C. 20005-3142<br><br>Parrilli Renison, LLP 610 SW Broadway Suite 505 Portland, Oregon 97205<br><br>               Plaintiffs,<br><br>  v.<br><br>Kenneth Cuccinelli, in his Official Capacity, Acting Director, U.S. Citizenship and Immigration Services,<br>c/o Office of the General Counsel 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485<br><br>U.S. Citizenship and Immigration Services; c/o Office of the General Counsel 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485<br><br>               Defendants. | Case No. |

## **[PROPOSED] ORDER**

Plaintiffs' motion for an EMERGENCY MOTION FOR TEMPORARY

RESTRAINING ORDER is granted.  Defendants are hereby ordered to

immediately delay its self-imposed October 15, 2019 deadline to no longer accept the available immigration forms necessary to apply for immigration benefits for the duration of this proceeding or until otherwise ordered from this court.

SO ORDERED.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the District of Columbia by using the Court's Electronic Court Filing system.  A true and correct copy of the motion has been served via the Court's ECF system on all counsel of record. Because of the Court's transfer to the NextGen system, I have also mailed or otherwise caused a copy of the foregoing to:

>Jessie K. Liu
>U.S. Attorney for the District of Columbia
>United States Department of Justice
>555 4th St NW
>Washington, DC 20530
>
>Eric J. Soskin
>Senior Trial Counsel
>Civil Division, Federal Programs Branch
>(202) 353-0533
>eric.soskin@usdoj.gov

>/s/Jesse M. Bless
>Jesse M. Bless (MA BBO # 660713)
>American Immigration Lawyers Association
>1301 G. Street, Ste. 300
>Washington, D.C. 20033
>(781) 704-3897
>jbless@aila.org