UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| American Immigration Lawyers Association,<br>1331 G Street, NW Suite 300<br>Washington, D.C. 20005-3142<br><br>Parrilli Renison, LLC<br>610 SW Broadway Suite 505<br>Portland, Oregon 97205<br><br>   Plaintiffs,<br> v.<br>Kenneth Cuccinelli, in his Official Capacity, Acting Director, U.S. Citizenship and Immigration Services, c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485<br>U.S. Citizenship and Immigration Services;<br>c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485<br>   Defendants. | Civil No.: |

**<u>DECLARATION OF BRENT W. RENISON, ESQ.</u>**

I, Brent W. Renison, declare and state as follows:

1. My name is Brent W. Renison and I am a member in good standing of the Oregon State Bar (OSB No. 964752). I am a partner and owner of the law firm Parrilli Renison LLC, doing business as ENTRYLAW®. I have been a member of the Oregon State Bar since

1

EXHIBIT A

1996 and have been practicing exclusively immigration law since 1997. I have been a member of the American Immigration Lawyers Association ("AILA") since 1997.

2. Parrilli Renison LLC is a small business, with two partners and 8 staff, and practices solely in the area of immigration law. Parrilli Renison derives all its income from the provision of immigration legal services. Providing immigration legal services requires the collection of information on USCIS forms.

3. Parrilli Renison LLC has expended significant law firm time, including attorney and paralegal time, preparing forms for clients on Forms I-485, I-539, I-129, and I-864. Parrilli Renison LLC has been unable to obtain final versions of the new forms which are set to go into effect October 15. In order for current forms to be effective, these filings must be post marked October 14 or before. October 14 is a federal holiday, Columbus Day, and post offices and USCIS offices will be closed. Effectively, the latest post-mark acceptable for filing with current forms is Saturday, October 12.

4. Form I-485 is 18 pages long, with 43 pages of instructions. According to the Form I-485 instructions, under the Paperwork Reduction Act, OMB estimates that the information collection for this form is 6 hours and 15 minutes. Parrilli Renison LLC spends many more hours than this preparing and filing these petitions.

5. Form I-129 is 36 pages long, with 29 pages of instructions. According to the Form I-129 instructions, under the Paperwork Reduction Act, OMB estimates that the information collection for this form is more than 3 hours including the required supplements depending on nonimmigrant visa type selected. Parrilli Renison LLC spends many more hours than this preparing and filing these petitions.

6. Form I-539 is 7 pages long with 17 pages of instructions and Form I-864 is 10 pages with 17 pages of instructions. According to the Form I-864 instructions, under the Paperwork Reduction Act, OMB estimates that the information collection for this form is 6 hours. Parrilli Renison LLC spends many more hours than this preparing and filing these petitions.

7. Parrilli Renison LLC, with its two attorneys and 8 staff, has expended hundreds of hours for many clients preparing filings using existing versions of these forms, and due to the collection burden, applicant's business travel schedules (applicants must be in the U.S. on the day of filing), and other factors, has invested tens of thousands of dollars in law firm time and energy into these petitions. Few of these applications and petitions will be ready to file before the effective date of the current forms, and Parrilli Renison LLC has been prevented from preparing filings for clients using the new forms because the new forms have not been issued.

8. Parrilli Renison LLC usually prepares I-485 applications, which also include Forms I-131 and Form I-765, as well as Form I-864 for family based cases, over an average four to eight week period of time, and I-129 and I-539 combination cases over a four to six week period of time, coordinating information collection, supporting document collection, resolving legal issues, answering client questions about responses, researching and analyzing issues, preparing draft forms for client review, preparing finalized forms for client signatures, arranging for delivery, coordinating with clients about requirements for international travel and U.S. physical presence during filings, and completing the filing after receipt of necessary filing fee checks. There are many details which go into an immigration filing, and because USCIS requires technical perfection in filings and is unforgiving in its stance for errors, the time spent on filings is considerable.

9. Parrilli Renison LLC has been harmed by Defendants' failure to provide in a timely manner new forms which it has announced it will only accept on or after October 15, because Parrilli Renison LLC has relied upon Defendants' currently valid and publicly available forms for the past two months while the firm has prepared filings for its many clients.

10. Many benefits requested through the Forms I-485, I-129, I-539, and I-864 are time sensitive, and must be filed within a certain time. For example, I-485 applications along with I-864 applications can be filed only when priority dates (an immigrant's place in line) remain available for filing, and those are limited month by month. When the dates change in November, no more filings will may be allowed, and our firm's clients may lose important benefits due to a delay in switching to new forms preparation. I-129 and I-539 applications must be filed in some cases before a person's status expires. Delayed revised forms combined with the October 15 rejection date for current versions is threatening our clients' immigration benefits, and our ability to represent our clients before the immigration agency. Additionally, our forms provider will not have sufficient time to utilize the new forms in time, and our firm will suffer from massive inefficiencies which drastically slow down our ability to act quickly enough for our clients.

11. As a partner in a two-person law firm, I have access to our firm's financial details. I estimate the impact of Defendants' delay to issue new forms, combined with their unreasonable deadline for using current forms to constitute a business loss to our firm of between $25,000 and $50,000. The variability will depend on how many cases we are lucky enough to file, given the multiple variables over the next 5 business days, combined with the somewhat unknowable amount of time we will require to digest, review, analyze and explain to our clients the new forms and prepare them competently, often under pressure

because such filings may have become urgent filings at that point due to the loss of ability to use currently prepared forms. I expect that the thousands of other AILA member firms will suffer equally across the country, which could amount to many millions of dollars, if not tens of millions of dollars.

12. If Parrilli Renison LLC is required to comply with Defendants' announced deadline of October 15 to use the new forms that the agency has not even published yet, in this late hour, Parrilli Renison LLC will be unreasonably burdened by significant business income loss, and potential serious damage to its clients and their interests, which Parrilli Renison LLC is under ethical obligation to uphold, which could be entirely mitigated by the agency permitting current versions of the forms to be valid for a 60 day period following publication of final, publicly available new Forms I-129, I-485, I-539, and I-864.

13. To provide some examples, Parrilli Renison LLC represents several multi-national employers and numerous individuals with non-immigrant petitions and applications (Forms I-129 and I-539), as well as immigrant petitions and adjustment of status applications for "green cards" (Forms I-485 and I-864). We have nearly completed scores of these applications but are still managing the remaining details in order to file, and coordinating with individuals on their international business travel next week in order to enable us to file before the government's self-imposed deadline for accepting the new, as yet nonexistent forms. One client is leaving the country Tuesday, and we are rushing to get her I-485 (as well as her husband's and child's) filed before she leaves and is not eligible until after the deadline to prepare completely new forms. I believe we will not be able to file that case and will have wasted more than 30 hours of combined paralegal and attorney time alone. Several other employees who can file adjustment of status have changed their

flights, missing important business opportunities, to be in the country so we can file next week. We have multiple O-1 petitions (Form I-129 and I-539) for individuals of extraordinary ability nearly ready, but these often take 8 weeks to prepare, and we will not be ready to file them. There are many other cases like this in our office.

14. Pandemonium is the word that comes to mind when I think of our office procedures since this deadline was imposed, without providing us with new versions of forms to begin reviewing and preparing. I have had to authorize overtime for our staff, at expense to our small firm. Stress levels within our office have risen to extreme proportions and I worry that we will lose staff to illness. One of our paralegals has had to take time during the work day to attend a yoga class to alleviate some stress, taking her away from casework.

15. Our office has now begun to delay work on cases which will certainly not be finalized before the deadline, since we do not have new forms, and even if we were to have them soon it will take significant time for our forms provider to include these new forms into our existing databases. We use our outside forms provider, INSZoom, to complete forms based on questionnaires completed by clients, and if we were to need to manually enter information on forms it would increase our costs, and our fees to our clients, two or three fold. Either that, or due to existing fee agreements, our firm would spend two or three times the amount of time on cases, and receive the same payment, which is a business injury to our firm.

16. Once the agency finally publishes the revised forms, Parrilli Renison LLC will need to spend significant time reviewing, analyzing, and explaining the legal issues raised by the public charge rules embodied in the new forms and instructions (which we have not yet seen in final form), and we will need to have time to prepare new forms after consulting

with our clients about the new information requested, the potential impact on their immigration situation, and the risks and benefits of proceeding. We cannot undertake this work competently in the limited time provided by the agency.

17. Even if the agency were to promptly publish new forms today (Friday October 4), or tomorrow, or in a few days, my judgment is that our legal work would be put behind by four to six weeks, which represents tens of thousands of dollars' worth of law firm time and puts our clients in significant jeopardy of losing important benefits. We are a small law firm. AILA members comprise thousands of lawyers across the United States assisting their clients and the nation in this important work. The negative impact of Defendants' delay on immigration law firms, and their clients, is grave. This detrimental impact has been directly caused by the failure of Defendants to timely issue revised forms, and at the same time imposing a cut-off of effectively October 12 to postmark current forms before they are no longer accepted, despite current versions being the only forms available to the public as of October 4, 2019.

18. I visited the USCIS website today (www.uscis.gov) to check whether new forms have been issued for Form I-129, I-485, I-539, and I-864. As of October 4, 2019, the new forms are not available. Instead, the forms pages state that the current versions of the forms are in effect, and that "We will accept the current edition of this form if it is postmarked on or before October 14. We will not accept it if it is postmarked on or after October 15. The updated edition of the form. On or after October 15, we will accept only an updated edition that will be linked to this page." There is no indication on the website as to when the forms "will be linked to this page." I attach to this declaration EXHIBIT C, printouts that I

obtained on October 4, 2019 showing the current state of forms availability and the announced cut-off for current forms.

19. As of the date of this declaration, there are only 5 full business days left to use current versions of the form, and no revised forms are yet available. As it requires no less than 4 weeks and at times 8 weeks to prepare these comprehensive and complex filings, it is unreasonable to expect even the most competent legal representatives to file all current cases within this deadline, and it is unreasonable to expect our collective law firms across the country, including our firm, to discard countless hours of work to shift to new forms without proper notice. I personally believe that I cannot competently represent businesses and individuals under these circumstances.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 4, 2019                                   Respectfully submitted,

_____
Brent W. Renison
Oregon Bar No. 964752
brent@entrylaw.com
Parrilli Renison LLC
610 SW Broadway, Suite 505
Portland, OR 97205
Telephone: +1.503.597.7190
Facsimile: +1.503.726.0730

8

EXHIBIT A