**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN IMMIGRATION LAWYERS ASSOCIATION and PARRILLI RENISON, LLP,<br><br>     Plaintiffs,<br><br>v.<br><br>KENNETH CUCCINELLI, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services, and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>     Defendants. | Civil Action No. 1:19-cv-2835 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs American Immigration Lawyers Association and Parrilli Renison LLP, and Defendants Kenneth Cuccinelli and U.S. Citizenship and Immigration Services, by their undersigned counsel, hereby stipulate to the dismissal of the Complaint without prejudice, each party to bear its own fees and costs.

Dated: December 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*/s/ Keri L. Berman*
KERI L. BERMAN
Trial Attorney
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street N.W., Room 11206
Washington, D.C. 20005
Phone: (202) 305-7538
Fax: (202) 616-8470
E-mail: keri.l.berman@usdoj.gov

*Attorneys for Defendants*

/s/ *Jesse M. Bless*
Jesse M. Bless (MA BBO # 660713)
American Immigration Lawyers Association
1301 G. Street, Ste. 300 Washington, D.C.
20033
(781) 704-3897
 jbless@aila.org

/s/ *Brent Renison*
Brent Renison
Parrilli Renison, LLC
610 SW Broadway Suite 505
Portland, Oregon 97205
brent@entrylaw.com

*Attorneys for Plaintiffs*

2